**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **LOCALITY LEAP, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **GROUNDSPEAK, INC.,** <br><br> **Defendant.** | **Case No. 6:16-cv-1389-RWS** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF LOCALITY LEAP, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Locality Leap, LLC by and through its undersigned counsel, files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a) as follows:

1. Red Dragon Innovations, LLC owns Locality Leap, LLC.

2. No publicly held corporation owns 10% or more of the stock of Locality Leap, LLC.

Dated: January 6, 2017          Respectfully submitted,

*/s/ Todd Y. Brandt*
Todd Y. Brandt
TX SB # 24027051
BRANDT LAW FIRM
222 North Fredonia St
Longview, Texas 75601
Telephone: (903) 212-3130
Facsimile: (903) 753–6761
tbrandt@thebrandtlawfirm.com

*Attorneys for Locality Leap, LLC*